# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA A. BUZBEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 18-0507-MU |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **30th** day of **March, 2020**.

                           s/P. BRADLEY MURRAY
                           **UNITED STATES MAGISTRATE JUDGE**